## NEELY v. N.C. STATE UNIVERSITY

No. 337P91

Case below: 103 N.C.App. 393

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

## NEWELL v. NATIONWIDE MUT. INS. CO.

No. 282A91

Case below: 102 N.C.App. 622

Petition by defendant (Nationwide) pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed 2 October 1991.

## PENDERGRASS v. CARD CARE, INC.

No. 335PA91

Case below: 103 N.C.App. 526

Petition by plaintiffs pursuant to G.S. 7A-31 allowed 2 October 1991.

## RICKENBACKER v. COFFEY

No. 348P91

Case below: 103 N.C.App. 352

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.

## ROGERS v. UNIVERSITY MOTOR INN

No. 369P91

Case below: 103 N.C.App. 456

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 2 October 1991.